Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

| | |
|---|---|
| WESLEY H. H. CHING | 2896 |
| NICHOLAS P. CHING | 9743 |

841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585
Email:  whc@fmhc-law.com
npc@fmhc-law.com

Attorneys for Defendants
C.J. KIMBERLY REAL ESTATE, LLC,
C.J. KIMBERLY, and ALICE BENNETT-MORAN
(incorrectly named as ALICE BENNET-MORAN)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRYCE MACNAUGHTON, | CIVIL NO. 16-00506 (DKW-KJM) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES** |
| vs. | |
| C.J. KIMBERLY REAL ESTATE, LLC., C.J. KIMBERLY, and ALICE BENNET-MORAN, | Trial Date:  November 13, 2017 |
| | Trial Judge:  The Honorable Derrick K. Watson |
| Defendants. | Magistrate Judge:  The Honorable Kenneth J. Mansfield |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED AND AGREED, by and among the

parties hereto, through their respective counsel, that all claims in the above-entitled

action be and are hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure and LR 10.4 and LR 41.1, Local Rules of Practice for the U.S. District Court for the District of Hawaii.

Each party shall bear his, her, or its own attorneys' fees and costs with respect to the claims being dismissed by this stipulation.  There are no other parties or claims remaining in the case.  Trial was scheduled to commence on November 13, 2017.

DATED:  Honolulu, Hawaii, February 23, 2017.

/s/ Lunsford D. Phillips
LUNSFORD D. PHILLIPS
Attorney for Plaintiff
BRYCE MACNAUGHTON

/s/ Wesley H. H. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendants
C.J. KIMBERLY REAL ESTATE, LLC,
C.J. KIMBERLY, and ALICE BENNETT-MORAN

Approved and So Ordered.
DATED:  February 24, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Bryce MacNaughton v. C.J. Kimberly Real Estate, LLC, C.J. Kimberly, and Alice Bennet-Moran*, CIVIL NO. 16-00506 DKW-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES